606 A.2d 353

EMILY BLIGEN, v. JERSEY CITY HOUSING
AUTHORITY, AND ROBERT BLOUNT.

October 30, 1991.

Leave to appeal is granted.

606 A.2d 353

D. KEMENASH & ASSOCIATES, INC., A NEW JERSEY CORPORA-
TION, v. NEW JERSEY EDUCATIONAL FACILITIES AUTHOR-
ITY, A BODY CORPORATE AND POLITIC OF THE STATE OF
NEW JERSEY.

December 3, 1991.

This matter having been duly considered and the Court
having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is
dismissed.

606 A.2d 353

PERINI CORPORATION, ETC., v. GREATE BAY
HOTEL & CASINO, INC., T/A SANDS
HOTEL & CASINO, INC., ETC.

December 12, 1991.

Reconsideration is granted;  and it is further

ORDERED that the petition for certification is granted.